ALASKA AIRLINES INC., an Alaska corporation, Plaintiff–Appellant,

v.

Judy SCHURKE, in her official capacity as Director of the State of Washington Department of Labor and Industries; Elizabeth Smith, in her official capacity as Employment Standards Program Manager of the State of Washington Department of Labor and Industries, Defendants–Appellees,

Association of Flight Attendants–Communication Workers of America, AFL–CIO, Intervenor–Defendant–Appellee.

No. 13-35574

United States Court of Appeals, Ninth Circuit.

FILED JUNE 30, 2017

### ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition in this case shall not be cited as precedent by or to any court of the Ninth Circuit.